# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LOYD ANTHONY WILLIS, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:15-cv-93 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No. 2:10-cr-61) |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 12, to which Objections have been filed. Loyd Willis' ("Willis") Objections are not responsive to the Magistrate Judge's Report and Recommendation. Willis has also filed a "Notice of Fiduciary Appointment", dkt. no. 15, by which he seeks to have Magistrate Judge James E. Graham represent his interests in this case. While this pleading is not docketed as a motion, the Court **DENIES** any such request seeking representation from a judicial officer.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court, and Willis' Objections, dkt no. 14, are **OVERRULED**. The Court **DENIES** Willis'

Motion to Vacate, Set Aside, or Correct his Sentence filed pursuant to 28 U.S.C. § 2255. The Court also **DENIES** Willis' Rule 60(b)(3) Motion. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 25 day of March, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA