# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

FILED
Scott L. Poff, Clerk
United States District Court
By CAsbell at 11:05 am, Apr 21, 2020

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.           ) | CR 210-061 |
| ) | |
| LOYD ANTHONY WILLIS, ) | |
| ) | |
| Defendant.      ) | |

**ORDER**

Defendant Loyd Willis has filed a motion for sentence reduction, dkt. no. 197, which is **DENIED**. Defendant yet again contends he was erroneously sentenced above the statutory maximum and that he should be resentenced under Sentencing Guideline amendments. The Court lacks jurisdiction to decide his sentencing error allegation, for the claim is subject to the successiveness limitations contained in 28 U.S.C. § 2255(h). So, too, nothing has changed the Court's prior determination that Defendant is not due any reduction in sentence based on retroactive Sentencing Guideline amendments.

**SO ORDERED** this 21st day of April, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA